**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 28 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH MARGARET TAYLOR, | No. 24-7286 |
| Appellant, | |
| v. | D.C. No. 1:24-cv-00205-MWJS-KJM |
| ELIZABETH A. KANE, | MEMORANDUM* |
| Appellee. | |

Appeal from the United States District Court
for the District of Hawaii
Micah W.J. Smith, District Judge, Presiding

Submitted May 26, 2026**

Before:     S.R. THOMAS, MILLER, and H.A. THOMAS, Circuit Judges.

Chapter 7 debtor Sarah Margaret Taylor appeals pro se from the district

court's order affirming the bankruptcy court's dismissal of her appeal.  We have

jurisdiction under 28 U.S.C. § 158(d).  We affirm.

Because Taylor fails to address the bankruptcy court's grounds for dismissal

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1

of her appeal in her opening brief, we do not consider her challenge to that decision. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1992) (noting that issues not supported by argument in pro se appellant's opening brief are deemed abandoned).

All pending requests are denied.

**AFFIRMED.**